Entered on Docket
March 25, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed March 25, 2013

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

CAMPEAU GOODSELL SMITH, L.C.
WILLIAM J. HEALY, #146158
KARI S. BOWYER, #257033
440 N. 1st Street, Suite 100
San Jose, California   95112
Telephone:   (408) 295-9555
Facsimile:   (408) 295-6606

ATTORNEYS FOR
Deanna Harvey formally known as Deanna Foust
individually, and as Trustee For
THE KRECHUNIAK, AISHA A.
2001 TRUST

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| In re: | Case No. 12-49299 |
| DOUGLAS FOUST | CHAPTER 7 |
| Debtor. | **ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | Date: March 22, 2012<br>Time: 10:00 a.m.<br>Location:<br>   United States Bankruptcy Court<br>   1300 Clay St.,<br>   Oakland, CA 94612<br>**Judge**: Hon. M. Elaine Hammond |

On March 22, 2013, the Motion For Relief From Automatic Stay filed by creditor DEANNA HARVEY previously known as DEANNA FOUST ( "Moving Party") to lift the automatic stay as to Debtor DOUGLAS FOUST ("Debtor") and Debtor's bankruptcy estate with respect to the following pending California state court matter: <u>Dissolution of Marriage in Alameda County Superior Court, Action No. VF073741388 ("Family Court Matter") and the second is a Civil Court Action against Debtor and Moving party for Quiet Title To Real Property filed in the Superior Court in Alameda County Case No. HG11601440 ("Civil Court Action")</u>, consolidated with the Family Court Matter on September 18, 2012. (Collectively the "State Litigation")("Motion") came on regularly for hearing before the Honorable M. Elaine Hammond of United States Bankruptcy Court as indicated above.

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

The Court, having read and considered the Motion, noted the appearances of parties and counsel as reflected in the court's record, considered the arguments of counsel as indicated on the court's record, and found good cause, does hereby grant the Motion and therefore:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. The Motion is granted pursuant to 11 U.S.C. 362 (d)(1);
2. Relief from the automatic stay is granted as to the State Litigation so the parties thereto may proceed to final judgment;
3. Enforcement of any judgment against the Debtor or property of the estate in the State Litigation is stayed pending further order of this Court; and
4. Federal Rule of Bankruptcy Procedure 4001 (a)(3) is waived.

***End of Order***

ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

Court Service List

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

3